IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILLIAM BOOKMYER, et al.,**

                **Plaintiffs,**

v.

**PNC BANK, N.A., et al.,**

                **Defendants.**

**Case No. 2:20-cv-2284**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter came before the Court on Plaintiffs' Unopposed Motion to Dismiss Kabbage, Inc., pursuant to Rule 21 of the Federal Rules of Civil Procedure. Plaintiffs indicate that they have learned that Kabbage, Inc. was not the lender for loans prepared and submitted by Plaintiffs under the Paycheck Protection Program, and therefore, not a proper party at this time. Plaintiffs' unopposed motion is hereby **GRANTED** and Kabbage, Inc. is dismissed without prejudice as requested. (ECF No. 60.) The Clerk is **DIRECTED** to remove Kabbage, Inc. as a defendant in this action.

        **IT IS SO ORDERED.**

**8/3/2020**                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**