IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BOOKMYER, *et al.*, | : | |
| | : | Case No. 2:20-cv-02284 |
| Plaintiffs, | : | |
| | : | |
| v. | : | JUDGE EDMUND A. SARGUS |
| | : | |
| PNC Bank, N.A., *et al.*, | : | MAGISTRATE JUDGE |
| | : | KIMBERLY A. JOLSON |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANT RADIUS BANK**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs respectfully ask this Court to dismiss without prejudice Radius Bank ("Radius") as a defendant in this matter. Plaintiffs Boytan and Boytan & Associates, LLP no longer wish to pursue their claims against Radius; and therefore, Radius is not a proper party at this time.

                                                Respectfully submitted,

                                                */s/ Tiffany L. Carwile*
                                                James E. Arnold     (0037712)
                                                Damion M. Clifford  (0077777)
                                                Gerhardt A. Gosnell II (0064919)
                                                Tiffany L. Carwile    (0082522)

                                                ARNOLD & CLIFFORD LLP
                                                115 W. Main St., 4th Floor
                                                Columbus, Ohio  43215
                                                Ph:    (614) 460-1600
                                                Email: jarnold@arnlaw.com
                                                             dclifford@arnlaw.com
                                                             ggosnell@arnlaw.com
                                                             tcarwile@arnlaw.com

                                                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2020 a true and accurate copy of *Plaintiffs' Motion to Dismiss Defendant Radius Bank* was filed with the Court using the Clerk of Court's electronic filing system, which will send notice of this filing to all parties that have entered an appearance in this matter.

*/s/ Tiffany L. Carwile*
Tiffany L. Carwile
