# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WILLIAM BOOKMYER,** *et al.***,**

    **Plaintiffs,**

  v.

**PNC BANK, N.A.,** *et al.***,**

    **Defendants.**

**Case No. 2:20-cv-2284**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

Plaintiffs William Bookmyer, Bookmyer & Associates CPA, Inc., Alex Boyton, and Boytan & Associates, LLP (Plaintiffs), move to dismiss without prejudice Defendant Radius Bank, pursuant to Rule 21 of the Federal Rules of Civil Procedure (ECF No. 74). Plaintiffs' Motion to Dismiss Defendant Radius Bank without prejudice is **GRANTED**.

**IT IS SO ORDERED.**

**9/24/2020**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**